Matter of Marano (2025 NY Slip Op 01541)

Matter of Marano

2025 NY Slip Op 01541

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, MONTOUR, GREENWOOD, AND HANNAH, JJ. (Filed Feb. 26, 2025.)

&em;

[*1]MATTER OF NINA TAMAR MARANO N/K/A NINA T. BELTRAN, A DISBARRED ATTORNEY, RESPONDENT. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, PETITIONER.

MEMORANDUM AND ORDER
Order entered striking name from roll of attorneys, effective June 12, 2024, pursuant to Judiciary Law § 90 (4) (b).